# EXHIBIT A



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**PAu 3-796-018**

Effective Date of Registration:
August 14, 2015

## Title

**Title of Work:** What The F Is He Thinking?

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Joe Gregory Carlini
  **Author Created:** Screenwriter
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1987

- **Author:** David Collins
  **Author Created:** Screenwriter
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1987

## Copyright Claimant

**Copyright Claimant:** Joe Carlini
4225 Babcock Ave, Studio City, CA, 91604, United States

## Rights and Permissions

**Name:** Joe Gregory Carlini
**Email:** mysenioryear12@gmail.com
**Telephone:** (651)328-1544

## Certification

**Name:** Joe Carlini

Page 1 of 2

Date: August 14, 2015

_____