REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| JOE GREGORY CARLINI, an individual, | Case No. 2:19-cv-08306-GW-RAO |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |
| vs. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; WILL PACKER PRODUCTIONS, INC., a California corporation; BLACK ENTERTAINMENT TELEVISION, LLC, a district of Columbia limited liability corporation; TINA GORDON CHISM, an individual; PETER HYUCK, an individual; ALEX GREGORY, an individual; JAS WATERS, an individual; WILL PACKER, an individual; JAMES LOPEZ, an individual; and DOES 1 through 100, inclusive, | Date:     March 19, 2020<br>Time:     8:30 a.m.<br>Place:    Courtroom 9D_<br><br>Compl. Filed:  Sept. 25, 2019<br>FAC Filed:     Jan. 3, 2020<br>SAC Filed:     Jan. 22, 2020<br><br>Honorable George H. Wu<br><br>[Filed concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities] |
| Defendants. | |

Case No. 2:19-cv-08306-GW-RAO

[[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

# [PROPOSED] ORDER

Defendants Paramount Pictures Corporation, Will Packer Productions, Inc., Black Entertainment Television, LLC, Tina Gordon Chism, Peter Hyuck, Alex Gregory, Jas Waters, Will Packer, and James Lopez (collectively, "Defendants") Motion to Dismiss Plaintiff Joe Gregory Carlini's ("Plaintiff") Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing on March 19, 2020 at 8:30 a.m. in the above-entitled Court, the Honorable George H. Wu, presiding. Appearances are as noted on the record.

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with GOOD CAUSE shown, IT IS HEREBY ORDERED that:

Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED WITHOUT LEAVE TO AMEND.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable George H. Wu
United States District Court Judge

Case No. 2:19-cv-08306-GW-RAO    – 1 –

[[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware